## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR25 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TERESA P. MARTINEZ, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

This matter is before the court on defendant Teresa P. Martinez's Unopposed Motion to Continue Trial [110]. Counsel requests additional time to complete plea negotiations. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [110] is granted, as follows:

1. The jury trial, **as to both defendants,** now set for July 25, 2023, is continued to **October 24, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 24, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** July 11, 2023

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**