IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>TERESA P. MARTINEZ,<br><br>      Defendant. | 8:22–CR–25<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

  On June 10, 2024, this Court received a filing from Defendant Teresa P. Martinez requesting the appointment of counsel for the purposes of seeking a reduction under Amendment 821 to the United States Sentencing Guidelines. Filing 158. Pursuant to General Order No. 2023-09, her request was granted and the United States Federal Public Defender's Office was appointed. Filing 159. The following day, Jeffrey L. Thomas, the First Assistant Federal Public Defender, moved to withdraw as counsel because Martinez "was sentenced after the effective date of Amendment 821 and already received the maximum available benefit thereunder as a zero point offender." Filing 160. The United States Probation Office stated likewise. *See* Filing 161. Based upon the Court's review of the record, it agrees that Martinez already received the benefit of Amendment 821 and she is therefore not entitled to any further reduction on this basis. Thus,

  IT IS ORDERED: First Assistant Federal Public Defender Jeffrey L. Thomas's Motion to Withdraw, Filing 160, is granted for the reasons he set forth in his Motion.

  Dated this 13th day of June, 2024.

                     BY THE COURT:

                     _____
                     Brian C. Buescher
                     United States District Judge